## STATE of Maine
### v.
### Larry PARKS.

Supreme Judicial Court of Maine.

Argued Nov. 6, 1987.

Decided Nov. 30, 1987.

Paul Aranson, Dist. Atty., and Anne B. Judd, Asst. Dist. Atty. (orally), Portland, for plaintiff.

Jura Burdinik (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Larry Parks appeals his convictions entered after a jury trial in Superior Court, Cumberland County, of kidnapping, gross sexual misconduct, unlawful sexual contact, burglary and theft in violation of, respectively, 17–A M.R.S.A. §§ 301(1)(A)(3), 253, 255(1), 401 and 353 (1983 & Supp. 1987). Parks contends that the in-court identification by a witness was tainted by an inadvertent out-of-court confrontation. We conclude that the Superior Court ruled correctly that a chance encounter of the defendant and the witness was not unduly suggestive and properly refused to suppress the witness's in-court identification. *See State v. Reeves,* 499 A.2d 130, 136–37 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.